UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| FORD H. SWIMMER, JR., | JUDGMENT IN A CIVIL CASE |
| Petitioner, | CV 23-63-M-DLC |
| vs. | |
| LAKE COUNTY, | |
| Respondent. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of June 16, 2023 (Doc. 5), this action is DISMISSED.

Dated this 14th day of July, 2023.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk